MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8955
      Facsimile: (415) 744-0134
      E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY JASON BOND,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-00621-DB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will instruct the Administrative Law Judge to: offer the claimant the opportunity for a hearing; to further develop the record by obtaining updated treatment records; to further evaluate the opinions, medical and non-medical, in accordance with 20 CFR 404.1527 and Social Security Ruling 13-3p; to further consider the claimant's residual functional capacity; if warranted, obtain evidence from a medical expert related to the

STIPULATION TO REMAND

nature and severity of and functional limitations resulting from the claimant's impairments; and if warranted, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  December 7, 2020                  /s/  *Joseph C. Fraulob**
                                          JOSEPH C. FRAULOB
                                          Attorney for Plaintiff
                                          *Authorized via e-mail on Dec. 7, 2020

                                          MCGREGOR W. SCOTT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                               By:        /s/ *Ellinor R. Coder*
                                          ELLINOR R. CODER
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

STIPULATION TO REMAND

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: December 8, 2020             /S/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE